TURNER LAW FIRM, LLC
**BY: ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Plaintiff
**ART 8574**

| | |
|---|---|
| Plaintiff<br><br>UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ATLANTIC PLUMBING SUPPLY CORP., a New Jersey corporation, and ATLANTIC PLUMBING SUPPLY CORP., individually<br><br>vs.<br><br>Defendants<br><br>B&S SHEET METAL MECHANICAL INC., RANCO CONSTRUCTION INC., and WESTERN SURETY COMPANY | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.<br><br>Civil Action<br><br><br><br><br><br>COMPLAINT |

Plaintiff Atlantic Plumbing Supply Corp., with its principal place of business located at 703 Joline Avenue, Long Branch (Monmouth County), New Jersey, by and through counsel, complaining of the Defendants says:

### NATURE OF ACTION

1. This is an action brought under the 40 U.S.C. 3131-3134 by an unpaid supplier for work it performed for the United States

Department of Defense at McGuire Air Force Base/Fort Dix, New Jersey, on a project known as the "Joint Bases Dormitory," contract number W912DS-11-C-0011 ("Project" and "Contract" respectively).

2. In addition to the monies due and owing Plaintiff on account of the Project, Defendant B&S Sheet Metal Mechanical Inc. ("B&S") owes Plaintiff contractual collection fees, interest, and monies due on a book account with a total value of $95,300.40. There is diversity of jurisdiction between Plaintiff and B&S on this portion of the lawsuit.

## PARTIES

3. Plaintiff is a New Jersey corporation with its principal place of business located at 703 Joline Avenue, Long Branch (Monmouth County), New Jersey. Plaintiff also maintains a place of business at 543 Wrightstown-Sykesville Road, Wrightstown (Burlington County), New Jersey.

4. Plaintiff is in the business, inter alia, of selling plumbing supplies, equipment, and related materials to the trade for use in construction and other projects.

5. Defendant B&S is a corporation organized and existing under the laws of Pennsylvania, with a principal place of business located at 608 Nolan Avenue, Morrisville (Bucks County),

Pennsylvania. B&S has a registered office address of 2304 Maple Avenue, Croydon (Bucks County), Pennsylvania.

6. B&S executed and delivered to Plaintiff a credit application following which the parties conducted business over a number of years including, but not limited to, the Project which forms the principal portion of this lawsuit.

7. Defendant Ranco Construction Inc. ("Ranco") is a corporation organized and existing under the laws of New Jersey, with a principal place of business located at 2 Coleman Court, Southampton (Burlington County), New Jersey.

8. Ranco is the general contractor on the Project and the entity which obtained and is named as the principal in the performance bond obtained pursuant to the Miller Act.

9. Defendant Western Surety Company ("Western"), with a mailing address of PO Box 5077, Sioux Falls, South Dakota, is a corporation in the business, *inter alia*, of issuing payment and performance bonds.

10. Western issued its payment and performance bond number 58686530 ("Bond") on or about August 9, 2011 naming Ranco as the principal for the Project.

## JURISDICTION & VENUE

11. Jurisdiction is mandated in the United States District Court for an action such as this which is brought pursuant to the terms of the Miller Act as set forth in 40 U.S.C. 3133(b)(3).

12. Jurisdiction rests in the District of New Jersey because the Project on which Plaintiff performed work is located at McGuire Air Force Base/Fort Dix, Burlington County, New Jersey.

13. The book account claim asserted by Plaintiff against B&S involves corporations of two different states, New Jersey and Pennsylvania, with a principal claim sum of $95,300.40 (plus agreed collection fees), and jurisdiction is founded on diversity of citizens and amount in controversy under 28 U.S.C. 1332.

## FIRST COUNT

14. Ranco was awarded the Contract for work on the Project which was to be performed at McGuire Air Force Base/Fort Dix, New Jersey. The Contract was awarded by the United States Department of Defense.

15. Pursuant to applicable federal law, Ranco obtained the Bond for the contract it was awarded.

16. At all relevant times, Ranco engaged B&S as one of its sub-contractors to work on the Project.

17. Plaintiff and B&S have been conducting business for a period of years pursuant to an executed credit application delivered by B&S to the Plaintiff. In connection with the business conducted by and between Plaintiff and B&S, B&S purchased goods, services, and materials from the Plaintiff for use on the Project.

18. B&S purchased goods, services, and materials from the Plaintiff pursuant to the credit application executed and delivered by B&S to the Plaintiff on or about August 31, 2005. A true and correct copy of the credit application is annexed as Exhibit A.

19. As part of the ongoing business relationship between Plaintiff and B&S, B&S purchased goods, services, and materials from the Plaintiff on an open account basis.

20. The purchases by B&S from the Plaintiff at issue in this lawsuit occurred between June 12 and October 4, 2013 as shown on Plaintiff's statement of account annexed as Exhibit B-1 through B-5.

21. The last date Plaintiff provided goods, services, and materials to the Project was October 4, 2013.

22. Plaintiff is owed the sum of $78,490.47 for goods, services, and materials sold and delivered in connection with the Project.

23. The goods, services, and materials include items specifically picked up by B&S at Plaintiff's business location(s) together with materials which were delivered to the Project site by the Plaintiff in accordance with orders placed by B&S. In addition, items were delivered to B&S's business location with specific identification for the Project.

24. Contrary to the agreement between Plaintiff and B&S, B&S has failed, refused, and neglected to pay the balance due for goods, services, and materials supplied by the Plaintiff for the Project.

25. Plaintiff has provided to B&S its invoices and statements of work performed, services rendered, and/or goods supplied for use on the Project.

26. Upon information and belief, B&S provided to Ranco, as the general contractor, a statement of the goods, services, and materials delivered by the Plaintiff to the Project site.

27. Upon further information and belief, Ranco has provided a list of services rendered by its sub-contractors and requests for payment to the government for goods supplied and delivered, services rendered, and materials used at the Project, including those sold and delivered by Plaintiff.

28. Pursuant to general business terms, suppliers are to be paid promptly. This provision is also in accordance with the requirements of the Prompt Payment Act which is codified at 31 U.S.C. 3901, et. seq.

29. Pursuant to the Prompt Payment Act, an interest penalty must be paid to the sub-contractors or supplier for payment not made in accordance with its term. Plaintiff specifically reserves the right to seek an award of interest at the time judgment is entered.

30. The principal sum due for goods sold and delivered on account of the Project is $78,490.47.

31. The last date upon which work was performed by Plaintiff at the Project was October 4, 2013.

WHEREFORE, Plaintiff demands judgment against Defendants B&S and Ranco, jointly and individually, for the sum of $78,490.47, plus interest, costs of suit, attorney's fees, and such other relief as the Court deems fair, just, and equitable.

## SECOND COUNT

32. Plaintiff repeats the allegations contained in the preceding paragraphs as although set forth herein at length.

33. Ranco was awarded the Contract for the subject Project in this lawsuit.

34. In compliance with applicable provisions of the United States Code, Defendant Western issued the Bond for the Contract awarded to Ranco, and for work to be performed at the Project site.

35. Western issued the Bond on August 9, 2011 for the Project.

36. There is presently due and owing to the Plaintiff the sum of $78,490.47 for work performed, goods supplied, and/or services rendered by it on account of the Project.

37. This lawsuit is being instituted within one year of the last date the goods were supplied, materials delivered, and/or services rendered by the Plaintiff for the Project.

38. Pursuant to the Bond it issued, Western is liable for payment to Plaintiff.

39. Plaintiff is entitled to interest on its claim since it has not been promptly paid, and specifically reserves the right to calculate interest at the time judgment is entered.

40. Prior to filing the within lawsuit Plaintiff attempted to resolve this matter with Western by initially serving its notice of intention to file a claim pursuant to the Miller Act. Western responded to Plaintiff's initial inquiry by and through its

authorized agent CNA Surety. Although Plaintiff and CNA Surety exchanged additional correspondence they were unable to resolve the dispute or achieve payment which led to the filing of the within lawsuit.

WHEREFORE, Plaintiff demands judgment against Defendants B&S, Ranco, and Western, jointly and individually, on this count in the sum of $78,490.47, plus interest and costs, together with such other relief as the Court deems fair, just, and equitable.

### THIRD COUNT

41. Plaintiff repeats the allegations contained in the preceding paragraphs as although set forth herein at length.

42. Plaintiff sues B&S on this count for the total sum of $95,300.40 pursuant to a book account and in accordance with the written agreement between these two parties.

43. The amount due is set forth on the summary of invoices reflecting goods sold and delivered by the Plaintiff to B&S, on an open account basis, in the total amount of $95,300.40 as shown on Exhibit B-1 through B-5.

44. The goods and materials were sold and delivered as ordered by B&S from Plaintiff in accordance with an open account which was established when B&S executed and delivered a credit

application to the Plaintiff.  A true copy of the executed credit application is annexed as Exhibit A.

45.  Pursuant to the plain terms of the written agreement between Plaintiff and B&S, B&S is subject to a service charge for unpaid balances which are past due.  In addition, B&S specifically agreed to pay a twenty-five (25%) percent collection charge in the event of default or if the account is placed with an attorney or bonded collection agency.

46.  The said twenty-five percent of the balance of $95,300.40 is $23,825.10, for which amount judgment is also claimed.

47.  As shown on the annexed Exhibit B-1 through B-5, the principal sum due from B&S to Plaintiff is comprised of the $78,490.47 of goods and materials sold and delivered on account of the Project, together with an additional open account balance of $9,102.99 for goods sold and materials delivered on jobs unrelated to the Project in the instant lawsuit.

48.  Pursuant to the written agreement between Plaintiff and B&S service/interest charges have been added, together with the agreed collection fee.

49.  The collection fee has not been added and is not applicable to Defendants Ranco and Western.

50. The balance due on this count from B&S to the Plaintiff totals $119,125.50. This amount exceeds the jurisdictional threshold for claims for citizens of different states, and diversity jurisdiction exists for the United States District Court to adjudicate this claim.

WHEREFORE, Plaintiff demands judgment against Defendant B&S, alone, on this count for the principal sum of $95,300.40, plus agreed collection fees of $23,825.10, for a total of $119,125.50.

WHEREFORE, Plaintiff demands judgment against all Defendants as follows:

(a) jointly and individually against Defendants B&S, Ranco, and Western on Counts One and Two for the sum of $78,490.47, plus interest, costs, attorney's fees, and such other relief as the Court deems fair, just, and equitable; and,

(b) against Defendant B&S on Count Three for the total amount of $119,125.50.

TURNER LAW FIRM, LLC
Attorneys for Plaintiff

BY: _____
ANDREW R. TURNER

Dated: October 3, 2014

# EXHIBIT A

08/31/05  WED 08:07  FAX 732 229 7948       ATLANTIC PLUMBING SUPPLY                        ☒002

# ATLANTIC
### PLUMBING SUPPLY CORP.

Tom Wilkinson

## CREDIT APPLICATION & PERSONAL GUARANTEE

☐ 2810 HIGHWAY 37 EAST        ☒ 50-60 LONG BRANCH AVE., P.O. BOX 837        ☒ 543 Wrightstown-Sykesville Rd.
  TOMS RIVER, NJ 08753            LONG BRANCH, NJ 07740                          WRIGHTSTOWN, NJ 08562
  TEL.: (732) 929-0400 • FAX: (732) 929-8747   TEL.: (732) 229-0334 • FAX: (732) 229-7948   TEL.: (609) 724-0095 • FAX: (609) 724-0090

NAME B+S Sheet Metal Mechanical Inc   DATE 8/31/05
ADDRESS 550 W. Bridge St. Morrisville PA 19067
PHONE (215) 295-7782   FAX (215) 295-9204   E-MAIL: bssmm1@verizon.net
YEAR ESTABLISHED 1974   TYPE OF BUSINESS: ☒ CORPORATION ☐ PARTNERSHIP ☐ PROPRIETORSHIP ☐ OTHER

### PRINCIPALS AND/OR OFFICERS:

NAME Wm Craig Jackson   HOME ADDRESS 550 W. Bridge St. Morrisville PA
TITLE President   PHONE (215) 295-7782   Fed ID 23-2213403   ☐ OWN ☐ RENT
NAME Andrew Jackson   HOME ADDRESS 550 W. Bridge St. Morrisville PA
TITLE Vice President   PHONE (215) 295-7782   Fed ID 23-2213403   ☐ OWN ☐ RENT
NAME _____ HOME ADDRESS _____
TITLE _____ PHONE ( ) _____ SS NO. _____ ☐ OWN ☐ RENT

### BANK REFERENCE:
NAME Univest   ACCOUNT NUMBER 10100984█
ADDRESS 195 E Butler Ave Chalfont PA 18914   PHONE (215) 996-1633

### TRADE REFERENCES: See attached

NAME _____ ADDRESS _____
PHONE ( ) _____ FAX ( ) _____
NAME _____ ADDRESS _____
PHONE ( ) _____ FAX ( ) _____
NAME _____ ADDRESS _____
PHONE ( ) _____ FAX ( ) _____

I/We certify that the above information is true and correct and I/we agree to pay this account in accordance with your credit terms. I/we authorize you to verify this information and/or obtain additional information by securing data from a credit reporting agency. I/we understand that all past due balances will be subject to a 1% service charge and a 1% interest charge per month. I/we further agree to pay 25% collection charge in the event of default, if the account is placed with an attorney or bonded collection agency.

SIGNED [signature]   TITLE Vice President
SIGNED _____   TITLE _____

### PERSONAL GUARANTEE

For good and valuable consideration, the undersigned (jointly & individually) agrees to be personally liable for all indebtedness incurred by the above listed corporation or business entity. The undersigned (jointly & individually) further agrees to be personally liable for all indebtedness based on the extension of credit to any other corporation or business entity with which the undersigned is or may be affiliated. If a default in the terms of payment occurs on any account on which the undersigned is or may be liable, and which is placed with an attorney or bonded collection agency, the undersigned (jointly & individually) agrees to pay an additional 25% collection charge on the entire unpaid balance.

**MUST BE SIGNED BY OWNER OR PRINCIPAL -- NO TITLE AFTER SIGNATURE.**

SIGNED N/A   WITNESS Corporation   DATE
SIGNED _____   WITNESS _____   DATE _____

THE USE OF MY CORPORATION TITLE IS ONLY TO IDENTIFY MY POSITION IN THE COMPANY AND IN NO WAY NEGATES MY PERSONAL GUARANTEE.

[illegible]  9/4/05                    EXHIBIT A

# EXHIBIT B

**ATLANTIC PLUMBING SUPPLY CORP.**
543 WRIGHTSTOWN-SYKESVILLE ROAD
WRIGHTSTOWN NJ 08562
609-724-0095  Fax 609-724-0091

Statement

REMIT TO:
ATLANTIC PLUMBING SUPPLY CORPO
PO BOX 627
Long Branch NJ 07740
732-229-0334

| STATEMENT DATE | CUST NO |
|---|---|
| 11/30/13 | 5769 |
| PAGE NO | |
| 1 of 5 | |

CUSTOMER
B&S SHEET METAL MECHANICAL INC.
608 NOLAN AVE
MORRISVILLE,    PA   19067

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 06/12/13 | S2103912.001 | 1105-0026 | | | 18,181.93 |
| 06/12/13 | S2226986.001 | RIDGID DIE | | | 64.75 |
| 06/14/13 | S2228943.001 | DORM/BRIAN | | | 65.60 |
| 06/14/13 | S2229135.001 | DORM | | | 456.09 |
| 06/14/13 | S2229138.001 | DORM/HEATH | | | 103.39 |
| 06/18/13 | S2229839.001 | DORM | | | 273.36 |
| 06/19/13 | S2224785.001 | DORM/BRIAN | | | 63.30 |
| 06/19/13 | S2229839.002 | DORM | | | 56.17 |
| 06/19/13 | S2230977.001 | DORM | | | 197.48 |
| 06/19/13 | S2231446.001 | ENGELWOOD ELEM | | | 345.45 |
| 06/19/13 | S2231453.001 | ENGELWOOD | | | -272.73 |
| 06/20/13 | S2231390.001 | DORMATORY | | | 167.31 |
| 06/21/13 | S2230189.001 | FLIGHT SIMULATOR | | | 134.02 |
| 06/21/13 | S2232246.001 | DORM | | | 73.52 |
| 06/25/13 | S2233475.001 | 633 navy yard | | | 345.45 |
| 06/25/13 | S2233476.001 | | | | -272.73 |
| 06/26/13 | S2234156.001 | DORM/DWAYNE | | | 90.83 |
| 06/26/13 | S2234180.001 | 1811 | | | 106.45 |
| 06/27/13 | S2233771.001 | CRAIGS HOUSE | | | 373.40 |
| 06/27/13 | S2235170.001 | DORMS | | | 54.81 |
| 06/28/13 | S2230189.002 | FLIGHT SIMULATOR | | | 14.95 |
| 06/30/13 | S2235971.001 | Serv Chrg | | | 898.32 |
| 07/01/13 | S2232554.001 | DORM BRIAN | | | 4,420.31 |
| 07/01/13 | S2232622.001 | 1105-0038 | | | 1,884.80 |
| 07/01/13 | S2235403.001 | DORM | | | 14.40 |
| 07/02/13 | S2237100.001 | DORM | | | 227.63 |
| 07/04/13 | S2237970.001 | DORM | | | 109.07 |
| 07/08/13 | S2239174.001 | DORM | | | 3.08 |
| 07/09/13 | S2067416.017 | 1105-0008 DORMS | | | 166.49 |
| 07/09/13 | S2067416.018 | 1105-0008 DORMS | | | 1,964.67 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| FUTURE | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

EXHIBIT B-1

**ATLANTIC PLUMBING SUPPLY CORP.**
**543 WRIGHTSTOWN-SYKESVILLE ROAD**
**WRIGHTSTOWN NJ 08562**
**609-724-0095  Fax 609-724-0091**

Statement

REMIT TO:
ATLANTIC PLUMBING SUPPLY CORPO
PO BOX 627
Long Branch NJ 07740
732-229-0334

| STATEMENT DATE | CUST. NO. |
|---|---|
| 11/30/13 | 5769 |
| PAGE NO. | |
| 2 of 5 | |

CUSTOMER
B&S SHEET METAL MECHANICAL INC.
608 NOLAN AVE
MORRISVILLE,    PA   19067

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 07/09/13 | S2238908.001 | DORM | | | 1,507.47 |
| 07/09/13 | S2239649.001 | DORMS | | | 203.86 |
| 07/09/13 | S2239668.001 | DORMS | | | -136.36 |
| 07/09/13 | S2239983.001 | 453 BLDG 633 | | | 356.54 |
| 07/09/13 | S2240032.001 | 453 | | | -272.73 |
| 07/10/13 | S2240474.001 | DORM | | | 68.79 |
| 07/12/13 | S2241212.001 | DORMS | | | 125.00 |
| 07/12/13 | S2241325.001 | BLDG 1811 | | | 124.23 |
| 07/15/13 | S2067416.019 | 1105-0008 DORMS | | | 2,178.50 |
| 07/15/13 | S2242132.001 | DORM/DWAYNE | | | 289.68 |
| 07/16/13 | S2067416.020 | 1105-0008 DORMS | | | 166.70 |
| 07/16/13 | S2242663.001 | DORMS | | | 112.26 |
| 07/16/13 | S2242846.001 | DORMS | | | 22.67 |
| 07/18/13 | S2067416.021 | 1105-0008 DORMS | | | 4,315.35 |
| 07/19/13 | S2244661.001 | 5401 | | | 13.06 |
| 07/23/13 | S2067416.023 | 1105-0008 DORMS | | | 645.55 |
| 07/23/13 | S2242691.001 | DORMS   BARBS | | | 343.16 |
| 07/23/13 | S2242691.002 | DORMS   BARBS | | | 24.55 |
| 07/23/13 | S2245931.001 | DORM | | | 9.87 |
| 07/24/13 | S2232622.002 | 1105-0038 | | | 300.00 |
| 07/24/13 | S2242691.003 | DORMS   BARBS | | | 7.69 |
| 07/24/13 | S2245674.001 | PVC TRAPS | | | 251.94 |
| 07/24/13 | S2246290.001 | DORM | | | 224.23 |
| 07/24/13 | S2246295.001 | PK | | | -136.36 |
| 07/26/13 | S2067416.024 | 1105-0008 DORMS | | | 3,938.65 |
| 07/26/13 | S2232622.003 | 1105-0038 | | | 3,359.66 |
| 07/26/13 | S2247016.001 | DORMS | | | 32.34 |
| 07/26/13 | S2247037.001 | DORMS | | | 16.22 |
| 07/26/13 | S2247387.001 | DORM | | | 53.17 |
| 07/30/13 | S2067416.025 | 1105-0008 DORMS | | | 1,275.75 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| FUTURE | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

EXHIBIT B-2

**ATLANTIC PLUMBING SUPPLY CORP.**
543 WRIGHTSTOWN-SYKESVILLE ROAD
WRIGHTSTOWN NJ 08562
609-724-0095  Fax 609-724-0091

**Statement**

REMIT TO:
ATLANTIC PLUMBING SUPPLY CORPO
PO BOX 627
Long Branch NJ 07740
732-229-0334

| STATEMENT DATE | CUST NO. |
|---|---|
| 11/30/13 | 5769 |
| PAGE NO. | |
| 3 of 5 | |

CUSTOMER
B&S SHEET METAL MECHANICAL INC.
608 NOLAN AVE
MORRISVILLE,   PA   19067

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 07/30/13 | S2248969.001 | BUCS COUNTY TECH | | | 48.53 |
| 07/31/13 | S2249153.001 | DORM/DWAYNE | | | 80.37 |
| 07/31/13 | S2249749.001 | Serv Chrg | | | 1,560.12 |
| 08/01/13 | S2248602.001 | DORMS | | | 129.36 |
| 08/01/13 | S2248813.001 | DORM | | | 37.22 |
| 08/01/13 | S2249226.001 | INGLEWOOD SCHOOL | | | 930.85 |
| 08/01/13 | S2249226.002 | INGLEWOOD SCHOOL | | | -404.09 |
| 08/01/13 | S2249839.001 | DWAYNE | | | 562.29 |
| 08/01/13 | S2250012.001 | DORM | | | 31.04 |
| 08/01/13 | S2250136.001 | BLDG 541 | | | 6.64 |
| 08/01/13 | S2250386.001 | DORM | | | 89.62 |
| 08/05/13 | S2067416.026 | 1105-0008 DORMS | | | 1,011.87 |
| 08/05/13 | S2250973.001 | DORMS | | | 636.85 |
| 08/05/13 | S2251101.001 | base opps/dwayne | | | 3.95 |
| 08/05/13 | S2251151.001 | BASE OPPS | | | 9.41 |
| 08/05/13 | S2251445.001 | DORMATORY | | | 25.90 |
| 08/06/13 | S2252104.001 | | | | 9.05 |
| 08/08/13 | S2067416.027 | 1105-0008 DORMS | | | 4,022.33 |
| 08/09/13 | S2247387.002 | DORM | | | 36.00 |
| 08/09/13 | S2247448.001 | DORM | | | 32.21 |
| 08/12/13 | S2067416.028 | 1105-0008 DORMS | | | 89.38 |
| 08/12/13 | S2254235.001 | DORMS | | | 341.89 |
| 08/13/13 | S2067416.029 | 1105-0008 DORMS | | | 8,085.13 |
| 08/13/13 | S2067416.030 | 1105-0008 DORMS | | | 175.12 |
| 08/13/13 | S2254235.002 | DORMS | | | 10.40 |
| 08/15/13 | S2255200.001 | 60-010  JACKSON GE | | | 18.57 |
| 08/15/13 | S2255583.001 | BUCKS TECH SCHOOL | | | 254.97 |
| 08/15/13 | S2255874.001 | DORMS | | | 65.41 |
| 08/16/13 | S2067416.031 | 1105-0008 DORMS | | | 255.92 |
| 08/16/13 | S2256390.001 | DORM | | | 2.95 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| FUTURE | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

EXHIBIT B-3

**ATLANTIC PLUMBING SUPPLY CORP.**
**543 WRIGHTSTOWN-SYKESVILLE ROAD**
**WRIGHTSTOWN NJ 08562**
**609-724-0095  Fax 609-724-0091**

Statement

REMIT TO:
ATLANTIC PLUMBING SUPPLY CORPO
PO BOX 627
Long Branch NJ 07740
732-229-0334

| STATEMENT DATE | CUST NO. |
|---|---|
| 11/30/13 | 5769 |
| PAGE NO. | |
| 4 of 5 | |

CUSTOMER
B&S SHEET METAL MECHANICAL INC.
608 NOLAN AVE
MORRISVILLE,    PA   19067

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 08/21/13 | S2067416.032 | 1105-0008 DORMS | | | 5,380.63 |
| 08/21/13 | S2067416.033 | 1105-0008 DORMS | | | 1,394.97 |
| 08/21/13 | S2257507.001 | DORMS | | | 839.72 |
| 08/21/13 | S2257645.001 | 120 DORMS | | | 7.98 |
| 08/21/13 | S2258087.001 | NCO | | | 7.72 |
| 08/21/13 | S2258500.001 | 456 | | | 26.76 |
| 08/22/13 | S2258694.001 | BLDG 5401 FT DIX | | | 116.36 |
| 08/22/13 | S2259084.001 | DORM | | | 31.52 |
| 08/23/13 | S2259185.001 | 120 DORM | | | 303.31 |
| 08/26/13 | S2259548.001 | 1105-0038 | | | 60.80 |
| 08/26/13 | S2259548.002 | 1105-0038 | | | 70.75 |
| 08/26/13 | S2259910.001 | 120 DORM | | | 346.24 |
| 08/26/13 | S2260125.001 | 100 MAN DORM | | | 14.41 |
| 08/26/13 | S2260291.001 | DORM | | | 76.93 |
| 08/27/13 | S2067416.034 | 1105-0008 DORMS | | | 3,287.46 |
| 08/27/13 | S2260346.001 | 120 dorm | | | 193.35 |
| 08/27/13 | S2260905.001 | 120 DORM | | | 17.79 |
| 08/28/13 | S2260886.001 | DORM | | | 172.73 |
| 08/28/13 | S2260888.001 | | | | -136.36 |
| 08/29/13 | S2067416.035 | 1105-0008 DORMS | | | 229.06 |
| 08/30/13 | S2261995.001 | 124 DORM | | | 445.60 |
| 08/31/13 | S2262529.001 | Serv Chrg | | | 1,700.38 |
| 09/03/13 | S2067416.036 | 1105-0008 DORMS | | | 496.99 |
| 09/05/13 | S2263955.001 | DORM | | | 56.69 |
| 09/19/13 | S2269215.001 | BILL | | | 76.93 |
| 09/19/13 | S2269430.001 | NORM DORM | | | 148.00 |
| 09/20/13 | S2270199.001 | DORM | | | 223.41 |
| 09/23/13 | S2067416.037 | 1105-0008 DORMS | | | 793.14 |
| 09/23/13 | S2103912.003 | 1105-0026 | | | 1,913.34 |
| 09/23/13 | S2271099.001 | 5516 FT DIX | | | 5.48 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| FUTURE | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | |

EXHIBIT B-4

**ATLANTIC PLUMBING SUPPLY CORP.**
**543 WRIGHTSTOWN-SYKESVILLE ROAD**
**WRIGHTSTOWN NJ 08562**
**609-724-0095  Fax 609-724-0091**

Statement

REMIT TO:
ATLANTIC PLUMBING SUPPLY CORPO
PO BOX 627
Long Branch NJ 07740
732-229-0334

| STATEMENT DATE | CUST NO. |
|---|---|
| 11/30/13 | 5769 |
| PAGE NO | |
| 5 of 5 | |

CUSTOMER
B&S SHEET METAL MECHANICAL INC.
608 NOLAN AVE
MORRISVILLE,   PA   19067

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 09/23/13 | S2271148.001 | DORM/NORM | | | 27.94 |
| 09/24/13 | S2271148.002 | DORM/NORM | | | 29.78 |
| 09/24/13 | S2271754.002 | 1 PROSPECT | | | 139.01 |
| 09/24/13 | S2271780.001 | DORM | | | 10.82 |
| 09/24/13 | S2272067.001 | 1 PROSPECT AVE | | | 200.41 |
| 09/25/13 | S2264171.001 | 1105-0044 | | | 1,830.71 |
| 09/25/13 | S2272411.001 | DORM | | | 371.45 |
| 09/25/13 | S2272416.001 | DORM | | | -136.36 |
| 09/25/13 | S2272644.001 | DORM | | | 22.15 |
| 09/26/13 | S2273224.001 | DORM | | | 192.44 |
| 09/26/13 | S2273226.001 | DORM | | | -136.36 |
| 09/27/13 | S2273263.001 | 1208-0006 | | | 935.72 |
| 09/27/13 | S2273694.001 | 888-848 | | | 159.10 |
| 09/30/13 | S2274909.001 | Serv Chrg | | | 1,561.01 |
| 10/02/13 | S2275898.001 | CONDENSATE PUMP | | | 353.65 |
| 10/03/13 | S2276171.001 | BALICAN WOODS | | | 70.64 |
| 10/04/13 | S2275855.001 | | | | 3.48 |
| 10/04/13 | S2276989.001 | DORM | | | 33.86 |
| 10/31/13 | S2289115.001 | Serv Chrg | | | 1,713.68 |
| 11/30/13 | S2301335.001 | Serv Chrg | 1,722.91 | | 1,722.91 |

No-Lead Law Compliance: Manufacturers will no longer make or allow returns of products used for potable water containing lead. We are unable to accept returns for such products

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 93,577.49 | 0.00 | 0.00 | 0.00 | 1,722.91 | 95,300.40 |

| FUTURE | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 1,722.91 | 2,175.31 | 8,921.80 | 31,058.35 | 51,422.03 |

All past due balances subject to SERVICE CHARGES of 2% per month.

EXHIBIT B-5